I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Plaintiff ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 3·20·12

DEPUTY CLERK

JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 20 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER "LILBURNE" COLLINS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ROGER BARBER et al.,<br><br>　　　　Defendants. | Case No. CV 10-9614-JFW (JPR)<br><br>**J U D G M E N T** |

　　In accordance with the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: March 19, 2012

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 20 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY